# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Moss, | ) | |
| | ) | Case No. 1:08-cr-014 |
| Defendant. | ) | |

___

Defendant made his initial appearance on a petition for revocation of supervised release on February 15, 2011.  The Government moved to detain defendant pending his revocation hearing.  The court subsequently convened a detention hearing on February 16, 2011.  For the reasons set forth on the record, it is **ORDERED** that defendant shall be released subject to his existing conditions of supervision and with the understanding that defendant shall wear at all times an ankle bracelet to monitor his alcohol consumption.  It is the court's understanding that defendant is required to wear this bracelet as a condition of his release from state custody and that it will be monitored by state authorities.

Dated this 16th day of February, 2011.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judgebracelet is a