**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Moss, | ) | |
| | ) | Case No. 1:08-cv-014 |
| Defendant. | ) | |

On February 16, 2011, the court entered an order releasing defendant subject to his existing conditions of federal supervision as well as the conditions of release imposed by the state district court.

As a condition of his release from state custody, defendant was required to wear an alcohol-monitoring ankle bracelet. The court has been advised that defendant has satisfied his state sentence and that his bracelet is scheduled to be removed.

The court orders that, upon removal of the bracelet, defendant is to surrender to the United States Marshal, at which time he shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding. Should the defendants desire a review of custodial status, he should file the appropriate motion.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2011.

                                                          */s/  Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr.
                                                          United States Magistrate Judge